

# Fourth Court of Appeals
## San Antonio, Texas

June 3, 2014

No. 04-14-00300-CV

**IN THE INTEREST OF B.J.M. AND H.J.M., CHILDREN,**

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 29724
Honorable Sergio J. Gonzalez, Judge Presiding

# O R D E R

Patricia Abeyta's Notification of Late Reporters Record is hereby GRANTED. Time is extended to June 30, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of June, 2014.

_____
Keith E. Hottle
Clerk of Court